AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

WESTERN District of TEXAS

| | |
|---|---|
| JASMINE C., an individual and on behalf of M.C., a minor and her child; D.P., a minor by his mother and father and next of friend, CRYSTAL P. and DANIEL P., individually; ANDREA V., individually and on behalf of both her minor son, A.P; ESTHER V., individually; SYLVIA U., individually; Z.R., a minor by her mother and next friend CORINA R., individually; J.S., a minor by her mother and next friend, JENNIFER C., individually; I.R., a minor by her mother and father and next friend, ALMA and GEORGE R., individually; L.R., a minor by her mother and father and best friends, LUCIENE A. and FRANK R., individually; Z.A., a minor by her mother and best friend, ESTHER V.; M.T., a minor by her mother and best friend LOUANNA R.; B.G. and F.G., minors by their mother and best friend, BEATRICE T., individually; J.L., a minor by his mother and best friend, ASHLEY L., individually; J.D., a minor by his mother and best friend, SANDRA V., individually; F.L., a minor by her mother and best friend, VIRGINIA G., individually; A.P., a minor by their mother and father and best friends, ARACELY and ROMAN P., individually; A.L., a minor by her mother and best friend, CRYSTAL G., individually; Y.Q. and D.J.Q., minors by their father and best friend, MANUEL QUINTERO, individually; J.P., a minor by his mother and best friend, JASMIN P., individually; T.G., a minor by her mother and best friend, JACKIE G., individually; R.F., a minor by her mother and best friend, MONICA O., individually; A.V. and G.E., minors by their mother and best friend, ANDREA V., individually; C.P. and J.P., minors by their father and best friend, DANIEL P., individually; N.S., a minor by his mother and best friend, ALIETA P., individually and grandmother, MARIA P., individually; A.L.A.T., a minor by her mother and best friend, CASSANDRA B., individually; G.M., a minor by his mother and best friend, KATRINA M., individually; G.D.G.R., a minor by her mother and best friend, CYNTHIA R., individually; J.M., a minor by her mother and father and best friend, SANDRA and MARTIN M., individually; T.G., a minor by her mother and best friend, JACKIE G., individually; MARIA G.R., individually; VANESSA G., individually; and PLAINTIFF DOES 1-3000, individually, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | |
| v. | Civil Action No.   1:22-cv-01251 |

DANIEL DEFENSE, LLC; DANIEL DEFENSE,
INC; OASIS OUTBACK, LLC; and DOES 1-300,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC
101 Warfighter Way
Black Creek, GA 31308

OASIS OUTBACK, LLC, 2900 E Main St, Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CHARLES A. BONNER, ESQ.
LAW OFFICES OF BONNER & BONNER
475 GATE FIVE RD, SUITE 211, SAUSALITO, CA 94965
TEL: (415) 331-3070     FAX: (415) 331-2738
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: