United States District Court
Western District of Texas
Austin
Deficiency Notice

| | |
|---|---|
| To: | Bonner, Charles & Evans, Jerry |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, December 2, 2022 |
| Re: | 01:22-CV-01251-LY / Doc # 2 / Filed On: 11/29/2022 |

**Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.**

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
The requested summons cannot be issued because you listed multiple defendants on the same summons. Each defendant is issued a separate summons. Please resubmit your request with one summons per defendant. You may include multiple summonses within a single PDF document/request.