UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVSION

| | |
|---|---|
| **JASMINE C.,** an individual and on behalf of **M.C.**, a minor and her child**; D.P.,** a minor by his mother and father and next of friend, **CRYSTAL P.** and **DANIEL P.**, individually; **ANDREA V.**, individually and on behalf of both her minor son, **A.P; ESTHER V.**, individually**; SYLVIA U.**, individually; **Z.R.,** a minor by her mother and next friend **CORINAR.**, individually; **J.S.,** a minor by her mother and next friend, **JENNIFER C.**, individually; **I.R**., a minor by her mother and father and next friend, **ALMA and GEORGE R.**, individually; **L.R.**, a minor by her mother and father and best friends, **LUCIENE A.** and **FRANK R.**, individually; **Z.A.,** a minor by her mother and best friend, **ESTHER V.**; **M.T**., a minor by her mother and best friend **LOUANNA R.**; **B.G**. and **F.G**., minors by their mother and best friend, **BEATRICE T.**, individually; **J.L**., a minor by his mother and best friend, **ASHLEYL.**, individually; **J.D**., a minor by his mother and best friend, **SANDRA V.,** individually; **F.L.,** a minor by her mother and best friend, **VIRGINIA G.**, individually**; A.P.,** a minor by their mother and father and best friends, **ARACELY and ROMAN P.**, individually; **A.L.,** a minor by her mother and best friend, **CRYSTAL G.**, individually; **Y.Q**. and **D.J.Q**., minors by their father and best friend, **MANUEL QUINTERO**, individually; **J.P**., a minor by his mother and best friend, **JASMINP.**, individually; **T.G.,** a minor by her mother and best friend, **JACKIE G.**, individually; **R.F.,** a minor by her mother and best friend, **MONICA O.**, individually; **A.V**. and **G.E.,** minors by their mother and best friend, **ANDREA V.**, individually; **C.P**. and **J.P.,** minors by their father and best friend, **DANIELP.**, individually; **N.S**., a minor by his mother and best friend, **ALIETA P.**, individually and grandmother, **MARIA P.**, individually; **A.L.A.T**., a minor by her mother and best friend, **CASSANDRA B.**, individually; **G.M.,** a minor by his mother and best friend, **KATRINA M.**, individually; **G.D.G.R.,** a minor by her mother and best friend, **CYNTHIA R.**, individually; **J.M**., a minor by her mother and father and best friend, **SANDRA** and **MARTIN M.**, individually; **T.G.,** a minor by her mother and best | Civil Action No.: 1:22-cv-01251-LY<br><br>**NOTICE OF RELATED CASES** |

friend, **JACKIE G.**, individually; **MARIA G.R.**, individually**; VANESSA G.,** individually; and **PLAINTIFF DOES 1-3000**, individually,

       *Plaintiffs,*

vs.

**DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC; OASIS OUTBACK, LLC; and DOES 1-300,**

       *Defendants*.

# NOTICE OF RELATED CASES

Per Local Rule CV-3, Plaintiffs hereby provide the Court notice of two related cases filed in this District: *J.P, a minor, et al v. Uvalde et al,* No. 1:22-cv-01252-LY *(*filed Nov. 29, 2022*)* and *Torres, et al. v. Daniel Defense, et al.,* No. 2:22-cv-00059-AM-VRG (filed Nov. 28, 2022).

Dated:  December 6, 2022

**Respectfully Submitted,**

*/s/Charles A. Bonner*

**RYDER LAW FIRM**
JESSE RYDER (pro hac forthcoming)
6739 Myers Road
E. Syracuse, NY 13057
Tel: (515) 382-3617
e-mail: ryderlawfirm@gmail.com

**EVANS LAW OFFICE P.P.L.C.**
JERRY EVANS
127 N. West Street
Uvalde, Texas 78801
Tel: (830) 900-5021
e-mail: devanslawoffice@gmail.com

**LAW OFFICES OF BONNER & BONNER**
CHARLES A. BONNER
CABRAL BONNER
ERIC SEIFERT (Pro hac forthcoming)
475 Gate Five Rd., Suite 211
Sausalito, Ca 94965
Tel: (415) 331-3070
Fax: (415) 331-2738
e-mail: cbonner799@aol.com
e-mail: cabral@bonnerlaw.come-mail
e-mail: eseifert00@hotmail.com

**THE BONNER LAW FIRM, P.C**.
VICTOR BONNER (pro hac forthcoming)
4820 Old Spanish Trail
Houston, Texas 77021

Tel: (832) 433-6565
e-mail: vicbonneresq@gmail.com

JAMES M. JOHNSTON, ESQ. (pro hac forthcoming)
100 WILSHIRE BLVD. SUITE 700
SANTA MONICA, CA 90401
TEL: (424)-272-6680
e-mail: james@johnsontrial.com

**LEGAL CENTER OF JOSE ANGEL GUTIERREZ, P.C.**
JOSE ANGEL GUTIERREZ, JUDGE RET.
429 W. 12th Street
Dallas, Texas 75208
Tel: 214 941 1900
e-mail: joseangelgutierrez@yahoo.com