1:22-CV-01251-LY

**FILED**
January 18, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
DEPUTY

Clerk of Courts,                                                      1/6/'23

   I'm writing to this courthouse from information I received from a federal secretary/paralegal at #903-531-9233 in regards to the Uvalde (class-action) law suit in the shooting deaths at Robb Elementary in TX. ($27 billion)

   I'm writing into this court for a motion to intervene with information/evidence I've given to Uvalde Sheriff/Police Dept., however the general file # I requested, with the report I sent to Uvalde County Courthouse was returned to sender.

   To intervene I need to know the amount of damages claimed & what the suit is for. I also need to receive the law firm or firms addresses listed so I may serve them & the court. Please note> the federal gov.'s legal office has helped give me information to reach this courthouse.

   If the court could write me back with the law firm(s) addresses listed/their business phone #'s. My motion to intervene, can then be served on all parties. ~~[scribbled out]~~

                      —Ryan McKeown

Phone # - For legal - 715-284-4550
Address - P.O. Box 233  Black River Falls, WI  54615 - For legal

*Please file under general file at Courthouse & also send me a general file #



PLOC-Ryan McKeoun-548113
Jackson Correctional Institution
P.O. Box 233
Black River Falls WI 54615

Federal Courthouse
>Clerk of Courts
525 Magoffin Ave, Ste.105
El Paso, TX 79901

SAINT PAUL MN 550
9 JAN 2023 PM 4 L



THIS LETTER HAS BEEN MAILED FROM THE WISCONSIN PRISON SYSTEM

QUARIMA
JAN 06
STAFF