

<div style="display: flex; justify-content: space-between;">
<div>PHILIP J. DEVLIN<br>CLERK OF COURT</div>
<div style="text-align: center;">

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
**501 West Fifth Street, Suite 1100**
**Austin, Texas  78701**

**January 18, 2023**
</div>
<div>ANNETTE FRENCH<br>CHIEF DEPUTY</div>
</div>

Ryan McKeown – 548113
Jackson Correctional Institution
PO Box 233
Black River Falls, WI 54615

Re:    Response to Letter/Correspondence
       1:22-cv-01251-LY and 1:22-cv-01252-LY

Dear Mr. McKeown:

This office is in receipt of your correspondence dated January 6, 2023, requesting information about the Uvalde class-action lawsuits. I've enclosed a courtesy copy of the docket sheet for two pending cases in our division with the contact information for the Plaintiffs' attorneys and a summary of the progression of the case thus far.

Please know this office is prohibited from providing legal advice. If you require legal assistance please contact your law library, Local Bar Association Lawyer Referral Service or Legal Aid office.

                                                   Sincerely,

                                                   Deputy Clerk/JMV

Enclosures