# EXHIBIT 3

FILED
In the Office of the
Secretary of State of Texas

FEB 25 1992

Corporations Section

ARTICLES OF INCORPORATION
OF
WRK, INC.

I, the undersigned natural person of the age of eighteen years or more, acting as Incorporator of the corporation, do hereby adopt the following Articles of Incorporation for such corporation:

ARTICLE ONE

The name of the corporation is WRK, INC.

ARTICLE TWO

The period of its duration is perpetual.

ARTICLE THREE

The purposes for which the corporation is organized are to transact retail and wholesale operations including agricultural products and to transact any and all lawful business for which corporations may be incorporated.

ARTICLE FOUR

The aggregate number of shares which the corporation shall have authority to issue is one hundred thousand (100,000) with a par value of One and No/100 Dollar ($1.00) each.

ARTICLE FIVE

The corporation will not commence business until it has received for the issuance of shares consideration of the value of One Thousand and No/100 Dollars ($1,000.00) consisting of money, labor done or property actually received.

ARTICLE SIX

The street address of its initial registered office is 236 East Nopal Street, Suite 200, Uvalde, Uvalde County, Texas 78801, and the name of its initial registered agent at such address is William Randy Klein.

ARTICLE SIX

The number of Directors constituting the initial Board of Directors is one (1), and the name and address of the person who is to serve as Director until the first annual meeting of the shareholders or until his successor is elected and qualified is:

    William Randy Klein
    236 East Nopal
    Uvalde, Texas 78801

ARTICLE SEVEN

The name and address of the Incorporator is:

    William Randy Klein
    236 East Nopal
    Uvalde, Texas 78801

ARTICLE EIGHT

To the extent permitted by Texas Business Corporation Act Article 2.02-1, the Board of Directors shall authorize the corporation to indemnify any present or former Director, officer, employee or agent of the corporation against judgments, penalties (including excise and similar taxes), fines, settlements and reasonable expenses actually incurred by the person in connection with a proceeding in which the person

2

was, is or is threatened to be made a named defendant or respondent because the person is or was a Director, officer, employee or agent of the corporation.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation on this 21 day of February, 1992.

                    WILLIAM RANDY KLEIN,
                    Incorporator

THE STATE OF TEXAS §

COUNTY OF UVALDE §

BEFORE ME, a Notary Public, on this day personally appeared WILLIAM RANDY KLEIN, known to me to be the person whose name is subscribed to the foregoing document, and, being by me first duly sworn, declared that the statements contained therein are true and correct.

GIVEN under my hand and seal this 21 day of February, 1992.

                    Thelmarie M. Holbrook
                    Notary Public, State of Texas

THELMARIE M. HOLBROOK
Notary Public
STATE OF TEXAS
My Comm. Exp. Oct. 30, 1992

3