IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JASMINE C., AN INDIVIDUAL AND ON BEHALF OF M.C., A MINOR AND HER CHILD, ET AL., | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CAUSE NO. 1:22-CV-1251-LY |
| DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC.; OASIS OUTBACK, LLC; AND DOES 1-300, | § § § § | |
| DEFENDANTS. | § | |

FILED
FEB 23 2023
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

## ORDER

Before the court is Defendant Mandy Gutierrez's Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Rules 12(b)(1) and (6) filed February 1, 2023 (Doc. #11). Plaintiffs' Amended Complaint was filed February 22, 2023 (Doc. #14). In light of the filing of Plaintiffs' amended complaint,

**IT IS ORDERED** that Defendant Mandy Gutierrez's Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Rules 12(b)(1) and (6) filed February 1, 2023 (Doc. #11) is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this _23rd_ day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE