AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A <br><br> *Plaintiff(s)* <br> v. <br> SEE ATTACHMENT A <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-01251-LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC
101 Warfighter Way
Black Creek, GA 31308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
LAW OFFICES OF BONNER & BONNER
475 GATE FIVE RD, SUITE 211, SAUSALITO, CA 94965
TEL: (415) 331-3070 FAX: (415) 331-2738
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 02/23/2023

*Signature of Clerk or Deputy Clerk*



ATTACHMENT A
CAPTION

**J.P.**, a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.**, individually and on behalf of a class of all similarly situated students; **ANDREA V.**, individually and on behalf of a class of all similarly situated parents; **ESTHER V.**, individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.**, individually and on behalf of a class of all similarly situated school support staff; **Z.R.**, a minor by and through her parent and next friend, **CORINA R.**, individually; **J.S.**, a minor by and through his parent and next friend, **JENNIFER C.**, individually; **I.R.**, a minor by and through his parents and next friends, **ALMA R. and GEORGE R.**, individually; **L.R.**, a minor by and through her parents and next friends, **LUCIENE A. and FRANK R.**, individually; **Z.A.**, a minor by and through his parents and next friends, **ESTHER V. and LUIS A.**, individually; **M.T.**, a minor by and through her parent and next friend, **LOUANNA R.**; **B.G.** and **F.G.**, minors by and through their parent and next friend, **BEATRICE T.**, individually; **J.L.**, a minor by and through his parent and next friend, **ASHLEY L.**, individually; **J.D.**, a minor by and through his parent and next friend, **SANDRA V.**, individually; **F.L.**, a minor by and through her parent and next friend, **VIRGINIA G.**, individually; **A.P.**, a minor by and through his parents and next friends, **ARACELY P. and ROMAN P.**, individually; **A.L.**, a minor by and through her parent and next friend, **CRYSTAL G.**, individually; **D.J.Q.**, a minor by and through his parents and next friends, **MANUEL Q. and YVETTE Q.**, individually; **J.P.**, a minor by and through her parent and next friend, **JASMIN P.**, individually; **T.G.**, a minor by and through her parent and next friend, **JACKIE G.**, individually; **R.F.**, a minor by and through her parent and next friend, **MONICA O.**, individually; **A.V.** and **G.E.**, minors by and through their parents and next friends, **ANDREA V.**, individually; **N.S.**, a minor by and through her parent and next friend, **ALIETA P.**, individually and grandmother, **MARIA P.**, individually; **A.L.A.T.**, a minor by and through her parent and next friend, **CASSANDRA B.**, individually; **G.D.G.R.**, a minor by and through her parent and next friend, **CYNTHIA R.**, individually; **J.M.**, a minor by and through her parents and next friends, **SANDRA M. and MARTIN M.**, individually; **MARIA G.R.**, individually; **VANESSA G.**, individually; **M.D.E.**, a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.**, individually; **A.R.**, a minor by and through her parent and next friend, **DEBORA Q.**, individually; **J.A.M.**, a minor by and through her parents and next friends, **LETICIA M. and MIKE M.**, individually; **M.C.A.**, a minor by and through her parent and next friend, **MONICA H.**, individually; **ALBERT V.**, individually; **A.G.**, a minor by and through her parent and next friend, **SELENA T.**, individually; **M.C.** a minor by and through her parent and next friend, **MARISA S.**, individually; **A.M.** a minor by and through her parent and next friend, **AIKO C.**, individually; **and DOES 1-3000**, individually,

*Plaintiffs,*

vs.

**DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC; OASIS OUTBACK, LLC;** and **DOES 1-300**,

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01251-LY

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A<br><br>*Plaintiff(s)*<br>v.<br>SEE ATTACHMENT A<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-01251-LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OASIS OUTBACK, LLC, 2900 E Main St, Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CHARLES A. BONNER, ESQ.
LAW OFFICES OF BONNER & BONNER
475 GATE FIVE RD, SUITE 211, SAUSALITO, CA 94965
TEL: (415) 331-3070 FAX: (415) 331-2738
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 02/23/2023

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.**, a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.**, individually and on behalf of a class of all similarly situated students; **ANDREA V.**, individually and on behalf of a class of all similarly situated parents; **ESTHER V.**, individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.**, individually and on behalf of a class of all similarly situated school support staff; **Z.R.**, a minor by and through her parent and next friend, **CORINA R.**, individually; **J.S.**, a minor by and through his parent and next friend, **JENNIFER C.**, individually; **I.R.**, a minor by and through his parents and next friends, **ALMA R. and GEORGE R.**, individually; **L.R.**, a minor by and through her parents and next friends, **LUCIENE A. and FRANK R.**, individually; **Z.A.**, a minor by and through his parents and next friends, **ESTHER V. and LUIS A.**, individually; **M.T.**, a minor by and through her parent and next friend, **LOUANNA R.**; **B.G. and F.G.**, minors by and through their parent and next friend, **BEATRICE T.**, individually; **J.L.**, a minor by and through his parent and next friend, **ASHLEY L.**, individually; **J.D.**, a minor by and through his parent and next friend, **SANDRA V.**, individually; **F.L.**, a minor by and through her parent and next friend, **VIRGINIA G.**, individually; **A.P.**, a minor by and through his parents and next friends, **ARACELY P. and ROMAN P.**, individually; **A.L.**, a minor by and through her parent and next friend, **CRYSTAL G.**, individually; **D.J.Q.**, a minor by and through his parents and next friends, **MANUEL Q. and YVETTE Q.**, individually; **J.P.**, a minor by and through her parent and next friend, **JASMIN P.**, individually; **T.G.**, a minor by and through her parent and next friend, **JACKIE G.**, individually; **R.F.**, a minor by and through her parent and next friend, **MONICA O.**, individually; **A.V. and G.E.**, minors by and through their parents and next friends, **ANDREA V.**, individually; **N.S.**, a minor by and through her parent and next friend, **ALIETA P.**, individually and grandmother, **MARIA P.**, individually; **A.L.A.T.**, a minor by and through her parent and next friend, **CASSANDRA B.**, individually; **G.D.G.R.**, a minor by and through her parent and next friend, **CYNTHIA R.**, individually; **J.M.**, a minor by and through her parents and next friends, **SANDRA M. and MARTIN M.**, individually; **MARIA G.R.**, individually; **VANESSA G.**, individually; **M.D.E.**, a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.**, individually; **A.R.**, a minor by and through her parent and next friend, **DEBORA Q.**, individually; **J.A.M.**, a minor by and through her parents and next friends, **LETICIA M. and MIKE M.**, individually; **M.C.A.**, a minor by and through her parent and next friend, **MONICA H.**, individually; **ALBERT V.**, individually; **A.G.**, a minor by and through her parent and next friend, **SELENA T.**, individually; **M.C.** a minor by and through her parent and next friend, **MARISA S.**, individually; **A.M.** a minor by and through her parent and next friend, **AIKO C.**, individually; **and DOES 1-3000**, individually,

*Plaintiffs,*

vs.

**DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC; OASIS OUTBACK, LLC;** and **DOES 1-300**,

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01251-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: