IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 1 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| JASMINE C., AN INDIVIDUAL AND ON BEHALF OF M.C., A MINOR AND HER CHILD, ET AL., § § § § PLAINTIFFS, § § V. § § DANIEL DEFENSE, LLC; DANIEL § DEFENSE, INC.; OASIS OUTBACK, § LLC; AND DOES 1-300, § § DEFENDANTS. § | CAUSE NO. 1:22-CV-1251-LY |

## ORDER

Before the court is the above styled and numbered cause of action. Having reviewed the pleadings, along with the record in this cause and the applicable law, the court is of the opinion that this cause should be transferred to the Del Rio Division of the United States District Court for the Western District of Texas.

"For the convenience of parties and witnesses, in the interest if justice, a district court transfer any civil action to any other district or division where it might have been brought." *See* 28 U.S.C. § 1404(a). The events giving rise to this case all occurred in Uvalde County, Texas in the Del Rio Division of the Western District of Texas. The court concludes that the Del Rio Division is the appropriate venue for this action.

**IT IS THEREFORE ORDERED** that this cause of action is **TRANSFERRED** to the United States District Court for the Western District of Texas, Del Rio Division. The clerk is

instructed to forward the file in this cause to the United States District Court for the Western District of Texas, Del Rio Division.

SIGNED this _1st_ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE