# EXHIBIT 1

Form 205

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $200



Filed in the Office of the
Secretary of State of Texas
Filing #: 800492456 05/13/2005
Document #: 90476630003
Image Generated Electronically
for Web Filing

## Articles of Organization Pursuant to Article 1528n, Texas Limited Liability Company Act

### Article 1 - Name

The name of the limited liability company is as set forth below:

Oasis Outback, LLC

The name of the entity must contain the words "Limited Liability Company" or "Limited Company," or an accepted abbreviation of such terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for the "name availability" is recommended.

### Article 2 – Registered Agent and Registered Office (Select and complete either A or B and complete C)

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
William   Randy   Klein

C. The business address of the registered agent and the registered office address is:

Street Address:
236 E. Nopal St.   Uvalde  TX  78801

### Article 3 - Management (Complete items A or B)

☐ A. The limited liability company is to be managed by managers.

OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the initial members are set forth below:

Managing Member 1: (Business Name)
**Briscoe Ranch, Inc.**

Street Address:
**P.O. Box 389   Uvalde  TX, USA  78802**

Managing Member 2: (Business Name)
**WRK, Inc.**

Street Address:
**236 E. Nopal St.   Uvalde  TX, USA  78801**

### Article 4 - Duration

The period of duration is perpetual.

### Article 5 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized.

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

**The name and address of the organizer is set forth below.**

William Randy Klein       236 E. Nopal St., Uvalde, TX 78801

## Effective Date of Filing

☑ A. This document will become effective when the document is filed by the secretary of state.

**OR**

☐ B. This document will become effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

## Name Reservation Document Number

## EXECUTION

The undersigned organizer signs these articles of organization subject to the penalties imposed by law for the submission of a false or fraudulent document.

William Randy Klein

**Signature of Organizer**

FILING OFFICE COPY