UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **JASMINE C.,** an individual and on behalf of **M.C.**, a minor and her child, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>**DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC; OASIS OUTBACK, LLC;** and **DOES 1-300**,<br><br>*Defendants.* | Civil Action No.: 2:23-cv-00014-AM |

### PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND

Pursuant to F.R.C.P 6(b)(1)(A), plaintiffs, by and through undersigned counsel, respectfully submit this Unopposed Motion for an extension to Respond to Defendant, Daniel Defense's Rule 12(b)(1) Motion to Dismiss (DOC 20). Plaintiffs' counsel has met and conferred with Defendant's counsel who is unopposed to said motion for an extension. There is good cause for the extension because Plaintiffs' Counsel is currently on trial.

Accordingly, Plaintiffs request the following extension of time to respond to Defendant's Motion to Dismiss (DOC 20) to April 3, 2023.

Dated:  March 22, 2023                                   Respectfully Submitted,
                                                                             */s/ Charles A. Bonner*

**RYDER LAW FIRM**                                  **LAW OFFICES OF BONNER & BONNER**
**JESSE RYDER (***pro hac forthcoming***)**   CHARLES A. BONNER
6739 Myers Road                                          CABRAL BONNER
E. Syracuse, NY 13057
Tel: (515) 382-3617                                        475 Gate Five Rd., Suite 211
e-mail: ryderlawfirm@gmail.com            Sausalito, Ca 94965
                                                                       Tel: (415) 331-3070
**EVANS LAW OFFICE P.P.L.C.**              Fax: (415) 331-2738

JERRY EVANS
127 N. West Street
Uvalde, Texas 78801
Tel: (830) 900-5021
e-mail: devanslawoffice@gmai.com

**THE BONNER LAW FIRM, P.C.**
VICTOR BONNER
4820 Old Spanish Trail
Houston, Texas 77021
Tel: (832) 433-6565
e-mail: vmbonner@yahoo.com

e-mail: cbonner799@aol.com
e-mail: cabral@bonnerlaw.come-mail:
e-mail: eseifert00@hotmail.com

**Legal Center of Jose Angel Gutierrez, P.C.**
JOSE ANGEL GUTIERREZ
429 W. 12th Street
Dallas, Texas 75208
Tel: 214-745-5400
e-mail: joseangelgutierrez@yahoo.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or about March 22, 2023, a true and accurate copy of Plaintiffs' Motion for Extension of Time was served on counsel of record via the CM/ECF system.

Respectfully Submitted,

*/s/Charles A. Bonner*

LAW OFFICES OF BONNER & BONNER
CHARLES A. BONNER
CABRAL BONNER
475 Gate Five Rd., Suite 211
Sausalito, Ca 94965
Tel: (415) 331-3070
Fax: (415) 331-2738
e-mail: cbonner799@aol.com
e-mail: cabral@bonnerlaw.com