AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Jasmine C., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-00014-AM |
| Daniel Defense, LLC.,et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jasmine C., et al.

Date:     04/25/2023

*Attorney's signature*

Attorney Vic Bonner
*Printed name and bar number*

4820 Old Spanish Trail
Houston, TX 77021

*Address*

vicbonneresq@gmail.com
*E-mail address*

832-433-6565
*Telephone number*

832-767-5308
*FAX number*