THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
MAY 19 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JASMINE C., et al., | § |
| Plaintiffs, | § |
| | § Case No. DR-23-CV-14-AM |
| v. | § |
| | § |
| DANIEL DEFENSE, LLC, et al. | § |
| Defendants. | § |
| | § |

## ORDER

On this date, the Court, *sua sponte*, considers this case. Dismissal of the Plaintiffs' claims against the unserved Defendant, may be appropriate because the Plaintiffs have failed to comply with the time limits for service. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). Nothing in the record indicates that the Plaintiffs have served all the Defendants involved in this case.

It is hereby **ORDERED** that, within fourteen (14) days of the date of this order, the Plaintiffs shall show cause why they have failed to serve all defendants named in their complaint.

SIGNED and ENTERED on this 19th day of May 2023.

_____
ALIA MOSES
Chief United States District Judge