**FILED**

**JUL 13 2023**

CLERK, .... .....  
WESTERN DISTRICT OF TEXAS  
BY_____  
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF TEXAS  
DEL RIO DIVISION

| | |
|---|---|
| JASMINE C., et al., § | |
| Plaintiffs, § | Case No. DR-23-CV-14-AM |
| v. § | Case No. DR-23-CV-14-AM |
| DANIEL DEFENSE, LLC, et al. § | |
| Defendants. § | |

## ORDER

On this date, the Court considers the prior show cause order and the Plaintiffs' response. The Plaintiffs were given 14 days to serve all the Defendants. This additional 14 days came seven months after the Plaintiffs filed this case and still had not served the Defendants. In the Court's prior order, the Court warned that a hearing would be held once all the Defendants had been served within the 14-day period. Despite the Court's prior order, the Plaintiffs still have not served all the Defendants despite multiple chances and reminders. The Plaintiffs untimely filed a document with several proofs of service on July 10, 2023 in a related case, but have filed nothing to suggest they even tried to serve the Defendants in this case.

It is hereby **ORDERED** that the Plaintiffs' counsel shall appear in Courtroom 1 of the United States Courthouse in Del Rio, TX on Tuesday, July 18, 2023 at 3:30 PM for a sanctions hearing.

SIGNED and ENTERED on this 13th day of July 2023.

_____  
ALIA MOSES  
Chief United States District Judge