UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **Jasmine C.**, et al., *Plaintiffs*, vs. **Daniel Defense, LLC**, et al., *Defendants*. | Civil Action No.:   2:23-cv-00014-AM |

# DECLARATION OF CHARLES A. BONNER REGARDING SERVICE OF THE AMENED COMPLAINT

I, Charles A. Bonner declare as follows:

1. I am an attorney duly licensed by the State of California to practice law before all courts in the State of California and admitted in the United States District Court for the Western District of Texas to appear in this case. I have been licensed to practice since May of 1979.

2. My business address is 475 Gate Five Road, Suite 211, Sausalito, CA 94965.

3. I have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness, I could competently testify thereto.

4. On June 20, 2023, Honorable Judge Alia Moses issued an order, DOC 28, for Plaintiffs to serve their amended Complaint on ALL defendants.

5. On June 23, 2023, my office put in One Legal Service of Process Order for the Amended Complaint to be served on ALL Defendants.

6. One June 26, 2023, various Defendants were successfully served according to confirmation emails from One Legal and we are awaiting their proofs of services.

7. Some of the One Legal Service of Process Orders are still in progress according to the One Legal Account interface. Some of the individual defendants who no longer are employed by the

different agencies have failed and we have ran skip trace and put in second service of process orders.

8.  One Legal Service has not been apprising us in a reasonable time of who has been served or who has not.

9.  Attached as **Exhibit A** are the Law Offices of Bonner & Bonner's One Legal Orders. Highlighted are the Orders related to this case.

10. The Law Offices of Bonner & Bonner have been in trial in the California Northern District Court since July 10, 2023 to present in the matter of *Pham v. Board of Regents, et al.*, Case No.: 3:17-cv-04194-WHO.

11. I apologize to the Court for not being able to appear and request a one-week continuance so I can appear at this hearing.

12. We respectfully ask the Court to not issue any contempt Orders because our failure to appear is due to a current jury trial with the Jury in deliberation right now and we will be able to appear within one week.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 18th day of July 2023, San Francisco, California.

*/s/Charles A. Bonner*
Charles A. Bonner

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or about July 18, 2023, a true and accurate copy of DECLARATION OF CHARLES A. BONNER REGARDING SERVICE OF THE AMENED COMPLAINT was served on counsel of record via the CM/ECF system.

Respectfully Submitted,

*/s/Charles A. Bonner*

LAW OFFICES OF BONNER & BONNER
CHARLES A. BONNER
CABRAL BONNER
475 Gate Five Rd., Suite 211
Sausalito, Ca 94965
Tel: (415) 331-3070
Fax: (415) 331-2738
e-mail: cbonner799@aol.com
e-mail: cabral@bonnerlaw.com

# EXHIBIT A

(/Dashboard)

# Orders

## Search

The orders page is filtered to the last month of orders - to see additional orders you can modify the search filter

**Order / Case Information**

Number, name or client billing code

**Date Submitted**

📅 06/07/2023 - 07/07/2023

**Order Type**

Any type

**Status**

Any status

More search options ⌄

SEARCH

41 orders match your search | (/OrderStatus)

| Order Number | Submitted | Type | Case Number | Name | Court | Client Billing | Latest Status / Docs |
|---|---|---|---|---|---|---|---|
| 20734214 (/OrderS...) | 7/5/2023 3:12 PM PT | Court Filing | | Blancho Brumfield | Solano County, Superior Court of California | Blancho, Brumfield | In Progress with the court |
| 20732485 (/OrderS...) | 7/5/2023 1:27 PM PT | eFiling & eServe court transaction: 23AA00094515 | RG21100511 | Nwaigwe VS Enterprise Holdings,Inc. | Alameda County, Superior Court of California | nwaigwe | Complete accepted by court / view docs (/OrderStatus/Details/20732485) |
| 20731116 (/OrderS...) | 7/5/2023 11:52 AM PT | Process Serve CHIEF PEDRO ARRENDONDO | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | In Progress process server assigned |
| 20730183 (/OrderS...) | 7/5/2023 10:52 AM PT | Courtesy Copy | SCV-262700 | Prasad vs.Lucas Wharf Inc | Sonoma County, Superior Court of California | | Complete delivered |
| 20730182 (/OrderS...) | 7/5/2023 10:52 AM PT | eFiling & eServe court transaction: 12394664 | SCV-262700 | Prasad vs.Lucas Wharf Inc | Sonoma County, Superior Court of California | | In Progress under court clerk review |
| 20730140 (/OrderS...) | 7/5/2023 10:50 AM PT | Process Serve CAPTAIN JOEL BETANCOURT | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | In Progress process server assigned |
| 20713755 (/OrderS...) | 6/30/2023 11:32 AM PT | Courtesy Copy | 22CV005517 | BRYANT vs BLACK GIRLS CODE, A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION, et al. | Alameda County, Superior Court of California | BRYANT V. BGC - 5517 | Complete delivered |
| 20713754 (/OrderS...) | 6/30/2023 11:32 AM PT | eFiling court transaction: 23AA00093031 | 22CV005517 | BRYANT vs BLACK GIRLS CODE, A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION, et al. | Alameda County, Superior Court of California | BRYANT V. BGC - 5517 | Complete accepted by court / view docs (/OrderStatus/Details/20713754) |
| 20713319 (/OrderS...) | 6/30/2023 11:09 AM PT | Courtesy Copy | 22CV005517 | BRYANT vs BLACK GIRLS CODE, A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION, et al. | Alameda County, Superior Court of California | BRYANT V. BGC - 5517 | Complete delivered |
| 20713318 (/OrderS...) | 6/30/2023 11:09 AM PT | eFiling court transaction: 23AA00092991 | 22CV005517 | BRYANT vs BLACK GIRLS CODE, A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION, et al. | Alameda County, Superior Court of California | BRYANT V. BGC - 5517 | Rejected by Court view details (/OrderStatus/Details/20713318) |
| 20705044 (/OrderS...) | 6/29/2023 12:06 PM PT | Courtesy Copy | 22CV005517 | BRYANT vs BLACK GIRLS CODE, A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION, et al. | Alameda County, Superior Court of California | BRYANT V. BGC - 5517 | Complete delivered |
| 20705041 (/OrderS...) | 6/29/2023 12:06 PM PT | eFiling & eServe court transaction: 23AA00092277 | 22CV005517 | BRYANT vs BLACK GIRLS CODE, A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION, et al. | Alameda County, Superior Court of California | BRYANT V. BGC - 5517 | Complete accepted by court / view docs (/OrderStatus/Details/20705041) |
| 20704202 (/OrderS...) | 6/29/2023 11:14 AM PT | Process Serve CITY NATIONAL BANK | 23-cv-03195-DMR | ELAINE BROWN | United States District Court, Northern District of California | BROWN | In Progress process server assigned |
| 20697358 (/OrderS...) | 6/28/2023 1:44 PM PT | eFiling court transaction: 100204551 | CGC-21-596805 | KHRISTOPHRE COMBS BELL VS. CITY AND COUNTY OF SAN FRANCISCO ET AL | San Francisco County, Superior Court of California | | Complete accepted by court / view docs (/OrderStatus/Details/20697358) |
| 20666963 (/OrderS...) | 6/23/2023 11:58 AM PT | Process Serve TDPS SERGEANT JUAN MALDONADO | Case 1:22-cv-01252-LY | | | | Serve Failed view details (/OrderStatus/Details/20666963) |
| 20666962 (/OrderS...) | 6/23/2023 11:58 AM PT | Process Serve CAPTAIN JOEL BETANCOURT | Case 1:22-cv-01252-LY | | | | Serve Failed view details (/OrderStatus/Details/20666962) |
| 20666961 (/OrderS...) | 6/23/2023 11:58 AM PT | Process Serve TDPS DIRECTOR STEVEN MCGRAW | Case 1:22-cv-01252-LY | | | | Complete served / preparing proof |
| 20666960 (/OrderS...) | 6/23/2023 11:58 AM PT | Process Serve REGIONAL DIRECTOR VICTOR ESCALON | Case 1:22-cv-01252-LY | | | | In Progress process server assigned |
| 20666470 (/OrderS...) | 6/23/2023 11:29 AM PT | Process Serve TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666468 (/OrderS...) | 6/23/2023 11:29 AM PT | Process Serve UVALDE COUNTY SHERIFF RUBEN NOLASCO | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666467 (/OrderS...) | 6/23/2023 11:29 AM PT | Process Serve UPD OFFICER JUSTIN MENDOZA | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | In Progress server in the field (attempt #1) |
| 20666466 (/OrderS...) | 6/23/2023 11:29 AM PT | Process Serve UPD OFFICER DONALD PAGE | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | In Progress server in the field (attempt #1) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20666465 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve UPD OFFICER LOUIS LANDRY | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666464 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve UPD SERGEANT DANIEL CORONADO | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666463 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve UPD LIEUTENANT JAVIER MARTINEZ | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |

1  2  (/OrderStatus?order-status-grid-page=2)  (/OrderStatus?order-status-grid-page=2)   25   items per page   1 - 25 of 41 items

© One Legal LLC
Version: 7.0.2299 | Customer #0002632

Accessibility statement (https://www.onelegal.com/accessibility/)   |   Privacy policy (https://www.onelegal.com/privacy/)   |   Terms of service (https://www.onelegal.com/terms/)

# Orders

## Search

The orders page is filtered to the last month of orders - to see additional orders you can modify the search filter

**Order / Case Information**

Number, name or client billing code

**Date Submitted**

06/07/2023 - 07/07/2023

**Order Type**

Any type

**Status**

Any status

More search options

SEARCH

41 orders match your search | (/OrderStatus)

| Order Number | Submitted | Type | Case Number | Name | Court | Client Billing | Latest Status / Docs |
|---|---|---|---|---|---|---|---|
| 20666462 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve UPD SERGEANT EDUARDO CANALES | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666461 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve LIEUTENANT MARIANO PARGAS | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | In Progress process server assigned |
| 20666460 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve Uvalde Police Department | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666459 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve CITY OF UVALDE | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666458 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve UCISD-PD OFFICER JESUS "J.J." SUAREZ | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666457 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD") | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Complete served / preparing proof |
| 20666456 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | In Progress process server assigned |
| 20666455 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve CHIEF PEDRO ARRENDONDO | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Serve Failed view details (/OrderStatus/Details/20666455 |
| 20666454 (/OrderS…) | 6/23/2023 11:29 AM PT | Process Serve UCISD-PD OFFICER ADRIAN GONZALEZ | 1:22-cv-01252-LY | J.P., a minor, et al. | United States District Court, Western District of Texas | | Serve Failed view details (/OrderStatus/Details/20666454 |
| 20666119 (/OrderS…) | 6/23/2023 11:10 AM PT | eFiling & eServe court transaction: 100204003 | CGC-21-596805 | KHRISTOPHRE COMBS BELL VS. CITY AND COUNTY OF SAN FRANCISCO ET AL | San Francisco County, Superior Court of California | | Complete accepted by court / view docs (/OrderStatus/Details/20666119 |
| 20644344 (/OrderS…) | 6/20/2023 4:54 PM PT | Process Serve OASIS OUTBACK, LLC | 2:23-cv-00014-AM | Jasmine C., et al. | United States District Court, Western District of Texas | | In Progress process server assigned |
| 20642735 (/OrderS…) | 6/20/2023 3:26 PM PT | Courtesy Copy | CGC-21-596743 | KHRISTOPHRE COMBS BELL VS. CITY AND COUNTY OF SAN FRANCISCO ET AL | San Francisco County, Superior Court of California | | Complete delivered |
| 20642732 (/OrderS…) | 6/20/2023 3:26 PM PT | eFiling & eServe court transaction: 100203639 | CGC-21-596743 | KHRISTOPHRE COMBS BELL VS. CITY AND COUNTY OF SAN FRANCISCO ET AL | San Francisco County, Superior Court of California | | Rejected by Court view details (/OrderStatus/Details/20642732 |
| 20640806 (/OrderS…) | 6/20/2023 1:27 PM PT | Court Filing | RP23141936 | Tyrone Langford | Alameda County, Superior Court of California | | Complete accepted by court / view docs (/OrderStatus/Details/20640806 |
| 20625822 (/OrderS…) | 6/16/2023 11:53 AM PT | Process Serve Joint Apprenticeship Training Committee (JATC) | CGC-21-597079 | MICHAEL LITTLE VS. PACIFIC GAS AND ELECTRIC COMPANY, A CORPORATION ET AL | San Francisco County, Superior Court of California | | Serve Failed view details (/OrderStatus/Details/20625822 |
| 20612379 (/OrderS…) | 6/14/2023 4:48 PM PT | eFiling court transaction: 23AA00084469 | RG18928392 | Day VS Fakhrabadi | Alameda County, Superior Court of California | Howard Moore | Complete accepted by court / view docs (/OrderStatus/Details/20612379 |

1  2  (/OrderStatus?order-status-grid-page=2)  (/OrderStatus?order-status-grid-page=2)    25   items per page    26 - 41 of 41 items



**Confirmation #:**   28612493

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | Law Offices of Bonner & Bonner |
| **Court Branch:** | Law Offices of Bonner & Bonner |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | Serve |
| **Date/Time Submitted:** | 6/20/2023 4:54 PM PT |
| **Contact Name:** | Sandra Beltran |
| **Attorney Name:** | Charles Bonner |
| **Email Notification:** | Contact |
| **Special Instructions:** | THIS IS FOR A UNITED DISTRICT COURT CASE WESTERN DISTRICT COURT OF TEXAS CASE NUMBER 2:23-cv-00014-AM CASE NAME: Jasmine C. et al v. Daniel Defense, LLC et al |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded | Total Pages |
|---|---|---|---|
| Amended Complaint | Amended Complaint | 72 | |
| Summons | Summons | 6 | |
| Order | Order | 1 | |

## SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| **Process Serving Order #:** | 20644344 | **Address:** | **Instructions** |
| **Service Level:** | One Day | **Business** | THIS IS FOR A UNITED DISTRICT COURT CASE WESTERN DISTRICT COURT OF TEXAS CASE NUMBER 2:23-cv-00014-AM CASE NAME: Jasmine C. et al v. Daniel Defense, LLC et al |
| **Party to Serve:** | OASIS OUTBACK, LLC | OASIS OUTBACK, LLC | |
| **Agent for Service:** | WILLIAM RANDY KLEIN | 236 E Nopal St, Uvalde, TX 78801 | |
| **Last Day to Serve:** | 6/27/2023 | | |

Accessibility statement (https://www.onelegal.com/accessibility/) | Privacy policy (https://www.onelegal.com/privacy/) | Terms of service (https://www.onelegal.com/terms/)