United States District Court
Western District of Texas
Del Rio
**Deficiency Notice**

| | |
|---|---|
| To: | Landry, Andre M. III |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, September 21, 2023 |
| Re: | 02:23-CV-00014-AM / Doc # 38 / Filed On: 09/21/2023 03:58 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
  Remarks: Incorrect event was used to file this pleading. Please use the correct event; Motion to Join and refile as needed. This document will not be forwarded to Chief Judge for consideration.