**FILED**

September 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

BY: _____ CR
DEPUTY

# Western District of Texas

JASMINE C., et al,
Plaintiffs,

v.

DANIEL DEFENSE, LLC, et al,
Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:     DR-23-CV-0014  AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

For the foregoing reasons, the Defendants' Motions to Dismiss Under Rule 12(b)(1) [ECF Nos. 20, 40] are GRANTED. Because the Court lacks subject matter jurisdiction to rule on the merits of the Plaintiffs' claims, it is hereby ORDERED that the claims against Defendants Oasis Outback and Daniel Defense are DISMISSED WITHOUT PREJUDICE. Defendant Oasis Outback's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) [ECF No. 30] is DENIED AS MOOT.

September 27, 2024
**Date**

Philip J. Devlin
**Clerk**

*(By) Deputy Clerk*